**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP - 1 2017

James N. Hatten, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GAL VALLERIUS a/k/a OXYMONSTER,

Defendant.

CASE NO. 1:17-MJ-738

## ORDER APPOINTING COUNSEL

REGINA CANNON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 1ST day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE