**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

DATE: 09/01/17 @ 4:33 pm

TAPE: FTR

TIME IN COURT: 18 mins

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Sonya Coggins |
| CASE NUMBER: | 1:17-MJ-738-LTW | DEFENDANT'S NAME: | Gal Vallerius |
| AUSA: | Jennifer Keen | DEFENDANT'S ATTY: | Regina Cannon |
| USPO / PTR: | | ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived | |

____ ARREST DATE ____

__X__ Initial appearance hearing held.   ____ Defendant informed of rights.

____ Interpreter sworn: ____

**COUNSEL**

__X__ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing ____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: ____

**IDENTITY / PRELIMINARY HEARING**

__X__ ID hearing set for 09/11/17 at 11:00 am.   ____ WAIVER FILED

____ Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district.

____ Defendant WAIVES preliminary hearing in this district only.   ____ WAIVER FILED

____ Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district

__X__ TEMPORARY Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

__X__ Government motion for detention filed .   09/07/17   @ 11:00 A.M.

____ Pretrial hearing set for ____ @ ____   ( ) In charging district.)

____ Bond/Pretrial detention hearing held.

____ Government motion for detention ( ) GRANTED   ( ) DENIED

____ Pretrial detention ordered.   ____ Written order to follow.

____ BOND set at ____   ____ NON-SURETY   ____ SURETY

____ cash   ____ property   ____ corporate surety ONLY

____ SPECIAL CONDITIONS: ____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion ( ____ verbal) to reduce/revoke bond filed.

____ Motion to reduce/revoke bond   ____ GRANTED   ____ DENIED

____ See page 2