ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP - 1 2017
James N. Hatten, Clerk
By: Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAL VALLERIUS,<br>a/k/a OXYMONSTER | Criminal Action No.<br>1:17-MJ-738-LTW |

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Jennifer Keen, Assistant United States Attorney for the Northern District of Georgia, moves for detention of Defendant Gal Vallerius a/k/a "OxyMonster" under 18 U.S.C. §§ 3142(e) and (f).

**1.   Eligibility of Case**

This case is eligible for a detention order because there is a serious risk that Vallerius will flee.

**2.   Reason for Detention**

The Court should detain Vallerius because there are no conditions of release that will reasonably assure his appearance as required and the safety of the community. Vallerius appears to have no ties to the community in this District or in the Southern District of Florida, where he has been charged. He is a foreign national who has never previously visited the United States. His final destination on this trip appears to be Austin, Texas.

Vallerius also poses a danger to the safety of the community. As explained in the Complaint, Vallerius appears to be an illegal vendor of OxyContin, a dangerous Schedule II drug.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after a continuance of 3 days and requests leave of the Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 1, 2017.

                                      Respectfully submitted,

                                      JOHN A. HORN
                                      United States Attorney

                                      /s/ Jennifer Keen
                                      JENNIFER KEEN
                                      Assistant United States Attorney
                                      Ga. Bar No. [BAR]

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Defense Counsel

September 1, 2017

_____
JENNIFER KEEN
Assistant United States Attorney