# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
SEP -1 2017
James N. Hatten, Clerk
By: Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF TEMPORARY DETENTION |
| vs. | PENDING HEARING PURSUANT |
| GAL VALLERIUS | TO BAIL REFORM ACT |

CASE NO: 1:17-MJ-738

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] SEPTEMBER 7, 2017 AT 11:00 A.M., before United States Magistrate Judge LINDA T. WALKER, U.S. Courthouse, Richard B. Russell Building, 18TH Floor, Courtroom 1860, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 1ST day of September, 2017.

_Linda J. Walker_
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.