# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-mj-00738-LTW
## USA v. Vallerius
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 09/07/2017.

TIME COURT COMMENCED: 11:28 A.M.
TIME COURT CONCLUDED: 11:33 A.M.        TAPE NUMBER: FTRGOLD
TIME IN COURT: 00:05                              DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Gal Vallerius Present at proceedings |
| ATTORNEY(S) PRESENT: | Regina Cannon representing Gal Vallerius |
| | Samir Kaushal representing USA |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | The matter came before the court for an ID hearing and a Detention hearing. Neither hearing was held. The court carried the case over to 09/15/2017 at 11:00 a.m. to hold the preliminary, detention, and ID hearings. USM is DIRECTED to produce the defendant at that time for the hearings. |
| ADDL HEARING(S) SCHEDULED: | Identity Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; Preliminary Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; Bond Hearing set for 09/15/2017 at 11:00 am in Courtroom 1860; |