# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>GAL VALLERIUS,<br>    Defendant. | CRIMINAL ACTION NO.:<br>1:17−MJ−738−LTW |

## APPEARANCE OF COUNSEL

COMES NOW John Lovell and makes his appearance as counsel of record for Defendant Gal Vallerius.

Dated: This 15th day of September, 2017.

>Respectfully Submitted,
>
>/s/ *John Lovell*
>John Lovell
>Attorney for Defendant
>Georgia Bar No. 359390
>John Lovell, Esq., P.C.
>90F Glenda Trace, #427
>Newnan, Georgia 30265
>678.552.2534
>john@johnrlovell.com

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1C, and I have this day electronically filed the document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorney(s) of record in the case, including opposing counsel.

Dated: This 15th day of September, 2017.

*/s/ John Lovell*
John Lovell

JOHN LOVELL
John Lovell, Esq., P.C.
Georgia State Bar No. 359390
90F Glenda Trace, #427
Newnan, Georgia 30265
678.552.2534
john@johnrlovell.com