MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)     FILED IN OPEN COURT

DATE: 09/15/2017 @ 11:26 am
TAPE: FTR
TIME IN COURT: 3 minutes

| | |
|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER |
| CASE NUMBER: | 1:17-MJ-738-LTW |
| AUSA: | Samir Kaushal |
| USPO / PTR: | |
| COURTROOM DEPUTY CLERK: | Sonya Coggins |
| DEFENDANT'S NAME: | Gal Vallerius a/k/a Oxymonster |
| DEFENDANT'S ATTY: | John Lovell |

(X) Retained   ( ) CJA   ( ) FDP   ( ) Waived

____ ARREST DATE _____

____ Initial appearance hearing held.     ____ Defendant informed of rights.

____ Interpreter sworn: _____

## COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
| ____ | Identity hearing HELD.   ____ Def is named def. in indictment/complaint; held for removal to other district. | | |
| X | Defendant WAIVES preliminary hearing in this district only. | X | WAIVER FILED |
| ____ | Preliminary hearing HELD.   ____ Probable cause found; def. held to District Court for removal to other district | | |
| X | Commitment issued. | | |

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed. _____ @ _____

____ Pretrial hearing set for _____ @ _____ ( ) In charging district.)

____ Bond/Pretrial detention hearing held.

____ Government motion for detention ( ) GRANTED ( ) DENIED

____ Pretrial detention ordered.    ____ Written order to follow.

____ BOND set at _____ ____ NON-SURETY ____ SURETY

____ cash    ____ property    ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion ( ____ verbal) to reduce/revoke bond filed.

____ Motion to reduce/revoke bond    ____ GRANTED    ____ DENIED

____ See page 2